FILED
2013 AUG -7 PM 1:50
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Case No. |
| Plaintiff, | | SA13CR0635 FB |
| | | INDICTMENT |
| v. | * | |
| | | [Vio.: 18 U.S.C. § 472, Possession |
| JASON LEE MOXLEY, | * | of Counterfeited U.S. Obligations] |
| Defendant. | * | |

THE GRAND JURY CHARGES:

### COUNTS ONE THROUGH THREE
[18 U.S.C. § 472]

On or about the dates set forth below, within the Western District of Texas, the Defendant,

JASON LEE MOXLEY,

did, with intent to defraud, knowingly possess counterfeited obligations of the United States, all in violation of Title 18, United States Code, Section 472:

| Count | Date | Face Value of Counterfeited U.S. Obligations |
|---|---|---|
| COUNT ONE | April 25, 2013 | $160 |
| COUNT TWO | June 23, 2013 | $70 |
| COUNT THREE | June 28, 2013 | $1,240. |

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Counterfeiting Violations and Forfeiture Statute
[Title 18 U.S.C. § 472, subject to forfeiture pursuant to Title 18 U.S.C. § 492, made applicable to criminal forfeiture by Title 28 U.S.C. § 2461.]

As a result of the foregoing criminal violations set forth in Counts One through Three, which are punishable by imprisonment for more than one year, Defendant **JASON LEE MOXLEY** shall forfeit any and all of his right, title, and interest in the property described below to the United States pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 492, made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

> **Title 18 U.S.C. § 492. Forfeiture of counterfeit paraphernalia**
> [A]ny material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, found in the possession of any person without authority from the Secretary of the Treasury or other proper officer, shall be forfeited to the United States.

This Notice of Demand for Forfeiture includes but is not limited to the following:

Epson Workforce 635 Printer, serial number MH8Y068064.

A TRUE BILL.

GRAND JURY FOREPERSON

ROBERT PITMAN
United States Attorney

MICHAEL R. HARDY
Assistant United States Attorney